UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-236 |
| BYRON JAMAL WATSON | SECTION "R" (4) |

## ORDER AND REASONS

On July 26, 2021, the Court ordered that defendant, Byron Jamal Watson, appear before the Court to show cause why supervised release should not be revoked.[1] Defendant's revocation hearing is set for October 27, 2021. In the midst of the COVID-19 pandemic, Congress has allowed revocation hearings under Rule 32.1 of the Federal Rules of Criminal Procedure to be conducted by videoconference when the hearing cannot be conducted in person without seriously jeopardizing health and safety, and the Court finds for specific reasons that the revocation cannot be delayed without serious harm to the interests of justice. *See* Pub. L. No. 116-136, § 15002(b)(2), 134 Stat. 281, 528-29 (2020) [hereinafter "CARES Act."].

The Chief Judge of the Eastern District of Louisiana has specifically found that revocation hearings under Rule 32.1 cannot be conducted in

---

[1] R. Doc. 18.

person without seriously jeopardizing public health and safety. *See* Eastern District of Louisiana, General Order 21-13. The Court finds pursuant to Section 15002(b)(2) of the CARES Act, and in accordance with General Order 21-13 of the Eastern District of Louisiana, that defendant's revocation hearing cannot be further delayed without serious harm to the interests of justice. This is specifically because of the backlog of cases caused by the COVID-19 pandemic.

Defendant's revocation hearing is therefore set for **OCTOBER 27, 2021**, **at 11:00 a.m.** The revocation hearing shall be conducted by videoconference.

New Orleans, Louisiana, this __25th__ day of October, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE